**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____

---

**RELATED CASE, IF ANY:**

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?    Yes ☐   No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?    Yes ☐   No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?    Yes ☐   No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?    Yes ☐   No ☐

I certify that, to my knowledge, the within case   ☐ is / ☐ is not   related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____   _____ (Must sign here)   _____
                                 *Attorney-at-Law / Pro Se Plaintiff*                  *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

A.  *Federal Question Cases:*                                B.  *Diversity Jurisdiction Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts    ☐ 1. Insurance Contract and Other Contracts
☐ 2. FELA                                                              ☐ 2. Airplane Personal Injury
☐ 3. Jones Act-Personal Injury                                         ☐ 3. Assault, Defamation
☐ 4. Antitrust                                                         ☐ 4. Marine Personal Injury
☐ 5. Patent                                                            ☐ 5. Motor Vehicle Personal Injury
☐ 6. Labor-Management Relations                                        ☐ 6. Other Personal Injury *(Please specify)*: _____
☐ 7. Civil Rights                                                      ☐ 7. Products Liability
☐ 8. Habeas Corpus                                                     ☐ 8. Products Liability – Asbestos
☐ 9. Securities Act(s) Cases                                           ☐ 9. All other Diversity Cases
☐ 10. Social Security Review Cases                                          *(Please specify)*: _____
☐ 11. All other Federal Question Cases
      *(Please specify)*: _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____   _____ (Sign here if applicable)   _____
                                 *Attorney-at-Law / Pro Se Plaintiff*                      *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*