IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM NORMAN BROOKS, III, *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION, LLC, *Defendant* | : | No. 22-48 |

## ORDER

AND NOW, this 19th day of January, 2022, upon consideration of the Motion for Admission *Pro Hac Vice* of Katherine E. Carlton Robinson (Doc. No. 6), it is **ORDERED** that the Motion (Doc. No. 6) is **DENIED WITHOUT PREJUDICE** for failure to comply with Section VII of the Court's General Pretrial and Trial Procedures.[1]

BY THE COURT:

*/s/ Gene E.K. Pratter*
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] Judge Pratter's General Pretrial and Trial Procedures are available on the Judges' Procedures page of the website for the United States District Court for the Eastern District of Pennsylvania (https://www.paed.uscourts.gov/), or directly at https://www.paed.uscourts.gov/documents/procedures/prapol2.pdf.