IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM NORMAN BROOKS, III, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| TRANS UNION LLC, *Defendant* | : : : | No. 22-48 |

**ORDER**

AND NOW, this 27th day of July, 2022, upon consideration of the parties' Consent Motion for Entry of a Protective Order (Doc. No. 26), it is hereby **ORDERED** that the Motion (Doc. No. 26) is **GRANTED** and the attached Stipulated Protective Order is **APPROVED** as an order of the Court, *provided that* the following express language is added to the Order:

1. <u>Enforcement by Court</u>: The United States District Court for the Eastern District of Pennsylvania is responsible for the interpretation and enforcement of this Order. All disputes concerning Protected material, however designated, produced pursuant to this Order will be resolved by this presiding Court.

2. <u>Discovery Rules Remain Unchanged</u>: Nothing in this Order or the Protective Order changes in any way the discovery provisions of the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Eastern District of Pennsylvania, or this Court's orders, policies, and procedures.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE