# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM NORMAN BROOKS, III, <br><br> *Plaintiff*, <br><br> v. <br><br> TRANS UNION, LLC, <br><br> *Defendant*. | Civil Action No. 2:22-CV-00048- GEKP |

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff Williman Norman Brooks, III, by counsel, hereby moves this Court, pursuant to Federal Rule of Civil Procedure 23, to certify this action as a class action. In support thereof, Plaintiff submits the accompanying Memorandum of Law.

Dated: February 2, 2024        Respectfully submitted,

WILLIAM NORMAN BROOKS, III, *by his attorneys*,

/s/James A. Francis
James A. Francis, Esq.
Lauren KW Brennan, Esq.
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
(T) 215-735-8600
(F) 215-940-8000
jfrancis@consumerlawfirm.com
lbrennan@consumerlawfirm.com

Tammy Hussin
**Hussin Law Firm**
1596 N. Coast Hwy 101
Encinitas, CA 92024
(T) 877-677-5397
(F) 877-667-1547
Tammy@HussinLaw.com

*Attorneys for Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on this date and that service is therefore being made electronically on counsel of record for Defendant.

Date: February 2, 2024                    */s/ James A. Francis*
                                          James A. Francis