**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WILLIAM NORMAN BROOKS, III**<br><br>    Plaintiff<br><br>    *v*.<br><br>**TRANS UNION LLC**<br><br>    Defendant | **CIVIL ACTION**<br><br><br><br>**NO. 22-48-KSM** |

## ORDER

**AND NOW**, this 30th day of July 2021, upon consideration of the parties' Joint Motion to Seal (Doc. No. 104), and for the reasons set out in the accompanying Memorandum, it is **ORDERED** as follows:

1. The Court's February 27, 2024 Order (Doc. No. 46) and the Court's April 3, 2024 Order (Doc. No. 68) are **VACATED** insofar as they conflict with this Order.

2. The Joint Motion to Seal (Doc. No. 104) is **GRANTED IN PART** and **DENIED IN PART** as outlined in the accompanying Memorandum and Appendix A to this Order.

3. Plaintiff **SHALL**, no later than **July 31, 2024**, the following documents on the public docket in the order they appear here:

    a. An unredacted version of Plaintiff's Memorandum of Law in Support of Motion for Class Certification (Doc. No. 47), along with the following attachments:

        i. Exhibit 1 to Motion for Class Certification (Doc. No. 47-1), redacted as outlined in Appendix A;

        ii. Exhibit 2 to Motion for Class Certification (Doc. No. 43-4), unredacted;

        iii. Exhibit 3 to Motion for Class Certification (Doc. No. 47-2), unredacted;

    iv. Exhibit 4 to Motion for Class Certification (Doc. No. 47-3), redacted as outlined in Appendix A;

    v. Exhibit 5 to Motion for Class Certification (Doc. No. 47-4), unredacted;

    vi. Exhibit 6 to Motion for Class Certification (Doc. No. 47-5), unredacted;

    vii. Exhibit 7 to Motion for Class Certification (Doc. No. 47-6), unredacted;

    viii. A placeholder document indicating that Exhibit 8 to Motion for Class Certification can be accessed under seal as Doc. No. 47-7;

    ix. Exhibit 9 to Motion for Class Certification (Doc. No. 47-8), unredacted;

    x. Exhibit 10 to Motion for Class Certification (Doc. No. 43-12), unredacted;

    xi. Exhibit 11 to Motion for Class Certification (Doc. No. 43-13), unredacted;

    xii. Exhibit 12 to Motion for Class Certification (Doc. No. 43-14), unredacted (except to the extent plainly required by E.D. Pa. L.R. 5.1.3);

    xiii. Exhibit 13 to Motion for Class Certification (Doc. No. 43-15), unredacted (except to the extent plainly required by E.D. Pa. L.R. 5.1.3);

    xiv. Exhibit 14 to Motion for Class Certification (Doc. No. 47-9), redacted as reflected by Doc. No. 102;

    xv. Exhibit 15 to Motion for Class Certification (Doc. No. 47-10), redacted as described in the attached Declarations of Catalina Vergara and Mary Lee Trevino;[1]

    xvi. Exhibit 16 to Motion for Class Certification (Doc. No. 47-11), redacted as outlined in Appendix A;

---

[1] Specifically, the parties shall file a version of the Declaration of Neil Patak (Doc. No. 47-10) that redacts only paragraphs 8-22, 26-29, and the last two sentences of paragraph 23.

xvii. Exhibit 17 to Motion for Class Certification (Doc. No. 43-19), unredacted (except to the extent plainly required by E.D. Pa. L.R. 5.1.3);

xviii. Exhibit 18 to Motion for Class Certification (Doc. No. 47-12), redacted as outlined in Appendix A;

xix. Exhibit 19 to Motion for Class Certification (Doc. No. 47-9), redacted as outlined in Appendix A;

xx. Exhibit 20 to Motion for Class Certification (Doc. No. 47-14), redacted as outlined in Appendix A;

xxi. Exhibit 21 to Motion for Class Certification (Doc. No. 47-15), redacted as outlined in Appendix A;

xxii. Exhibit 22 to Motion for Class Certification (Doc. No. 47-16), redacted as outlined in Appendix A;

xxiii. Exhibit 23 to Motion for Class Certification (Doc. No. 47-17), unredacted;

xxiv. Exhibit 24 to Motion for Class Certification (Doc. No. 47-18), unredacted;

xxv. Exhibit 25 to Motion for Class Certification (Doc. No. 47-19), unredacted;

xxvi. Exhibit 26 to Motion for Class Certification (Doc. No. 47-20), redacted as outlined in Appendix A;

xxvii. A placeholder document indicating that Exhibit 27 to Motion for Class Certification can be accessed under seal as Doc. No. 47-21;

xxviii. Exhibit 28 to Motion for Class Certification (Doc. No. 43-30), unredacted (except to the extent plainly required by E.D. Pa. L.R. 5.1.3);

xxix. Exhibit 29 to Motion for Class Certification (Doc. No. 47-22), redacted as outlined in Appendix A;

      xxx. Exhibit 30 to Motion for Class Certification (Doc. No. 43-32), unredacted;

     xxxi. Exhibit 31 to Motion for Class Certification (Doc. No. 43-33), unredacted;

  b. An unredacted version of Plaintiff's Reply in Further Support of Motion for Class Certification (Doc. No. 58), along with the following attachments:

       i. Exhibit 32 to Reply (Doc. No. 58-2), unredacted

      ii. Exhibit 33 to Reply (Doc. No. 58-3), redacted as outlined in Appendix A;

  c. An unredacted version of Plaintiff's Memorandum of Law in Support of Motion to Strike (Doc. No. 69)

  d. An unredacted version of Plaintiff's Reply in Further Support of Motion to Strike (Doc. No. 73)

4. Defendant **SHALL**, no later than **July 31, 2024**, file the following on the public docket in the order they appear here:

  a. An unredacted version of Defendant's Opposition to Motion for Class Certification (Doc. No. 52), along with the following attachments:

       i. Exhibit A to Defendant's Opposition (Doc. No. 49-1), redacted as outlined in Appendix A;

      ii. Exhibit B to Defendant's Opposition (Doc. No. 49-2), redacted as outlined in Appendix A;

     iii. Exhibit C to Defendant's Opposition (Doc. No. 49-3), unredacted;

     iv. Exhibit D to Defendant's Opposition (Doc. No. 52-2 at 28), redacted as outlined in Appendix A;

      v. Exhibit E to Defendant's Opposition (Doc. No. 52-3), redacted as outlined in Appendix A;

      vi. Exhibit F to Defendant's Opposition (Doc. Nos. 52-4, 52-5, 52-6, 52-7), redacted as outlined in Appendix A;

b. An unredacted version of Defendant's Sur-Reply in Opposition to Class Certification (Doc. No. 65);

c. An unredacted version of Defendant's Opposition to Motion to Strike (Doc. No. 72).

**IT IS SO ORDERED.**

                                              */s/ Karen Spencer Marston*

                                              KAREN SPENCER MARSTON, J.

**APPENDIX A**

1. Doc. No. 47-1 – Plaintiff's Exhibit 1 to Motion for Class Certification

| Page/Line of Proposed Redaction | Description and Analysis of Proposed Redaction | Ruling |
|---|---|---|
| All Pages | Plaintiff proposes to redact his SSN, date of birth, and account numbers appearing on these pages pursuant to Local Civil Rule 5.2.1(11)(b). | **Granted** |

2. Doc. No. 47-3 – Plaintiff's Exhibit 4 to Motion for Class Certification

| Page/Line of Proposed Redaction | Description and Analysis of Proposed Redaction | Ruling |
|---|---|---|
| 54:24 | Name and partial SSN of nonlitigant/possible class member to be redacted to protect the privacy of nonlitigant/possible class member. | **Granted** |
| 85:11-12, 15-17 | Salary information of nonlitigant witness to be redacted to protect the privacy of nonlitigant witness. | **Denied** |
| 96:1, 2, 7 | Former last name of nonlitigant witness to be redacted to protect the privacy of nonlitigant witness. | **Granted** |
| 96:9 | Town of residence of nonlitigant witness to be redacted to protect the privacy of nonlitigant witness. | **Granted** |
| 97:19, 22 | First and last name of nonlitigant/possible class member to be redacted to protect the privacy of nonlitigant/possible class member. | **Granted** |
| 137:18, 20 | Town of residence of nonlitigant witness to be redacted to protect the privacy of nonlitigant witness. | **Granted** |
| 150:9 | First and last name of nonlitigant/possible class member to be redacted to protect the privacy of nonlitigant/possible class member. | **Granted** |
| 171:6 | First name of witness's spouse to be redacted to protect the privacy of nonlitigant. | **Granted** |

| Page/Line of Proposed Redaction | Description and Analysis of Proposed Redaction | Ruling |
|---|---|---|
| 175:24 | First name of witness's spouse to be redacted to protect the privacy of nonlitigant. | **Granted** |
| 183:11 | First name of witness's spouse to be redacted to protect the privacy of nonlitigant. | **Granted** |
| 235:20-22 | First names of nonlitigants/possible class members to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |
| 238:5-7 | Last name, town of residence, and bankruptcy docket number of nonlitigant/possible class member to be redacted to protect the privacy of nonlitigant/possible class member. | **Granted** |
| 241:12 | First, middle, and last name of nonlitigant/possible class member to be redacted to protect the privacy of nonlitigant/possible class member. | **Granted** |
| 243:18-19, 22, 24 | First names of nonlitigants/possible class members to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |
| 244:1-2, 9, 16-17, 20-23 | First names, birthdates, and partial SSNs of nonlitigants/possible class members to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |
| 245:3, 23-24 | First names of nonlitigants/possible class members to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |
| 246:9-10 | First names of nonlitigants/possible class members to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |
| 248:19 | First, middle, and last name of nonlitigant/possible class member to be redacted to protect the privacy of nonlitigant/possible class member. | **Granted** |
| 249:4-6 | First names of nonlitigants/possible class members to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |

| Page/Line of Proposed Redaction | Description and Analysis of Proposed Redaction | Ruling |
|---|---|---|
| 249:23 | First, middle, and last name of nonlitigant/possible class member to be redacted to protect the privacy of nonlitigant/possible class member. | **Granted** |
| 255:6-8 | First name of witness's spouse to be redacted to protect the privacy of nonlitigant. | **Granted** |
| 256:1, 3, 7, 12-13 | First names of nonlitigants/possible class members to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |
| 257:16-17 | First and last names of nonlitigants/possible class members to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |
| 258:9 | First name of witness's spouse to be redacted to protect the privacy of nonlitigant. | **Granted** |
| 259:3-4, 21-23 | First names of nonlitigants/possible class members to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |
| 260:2-3, 9-10, 19 | Names and partial SSNs of nonlitigants/possible class members to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |
| 262:3-4 | First, middle, and last name of nonlitigant/possible class member to be redacted to protect the privacy of nonlitigant/possible class member. | **Granted** |
| 267:15-16 | First, middle, and last name of nonlitigant/possible class member to be redacted to protect the privacy of nonlitigant/possible class member. | **Granted** |
| 269:4 | Last name of nonlitigant/possible class member to be redacted to protect the privacy of nonlitigant/possible class member. | **Granted** |
| 269:19 | First and last name of nonlitigant/possible class member to be redacted to protect the privacy of nonlitigant/possible class member. | **Granted** |

| Page/Line of Proposed Redaction | Description and Analysis of Proposed Redaction | Ruling |
|---|---|---|
| 272:2 | Last names of nonlitigants/possible class members to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |
| 275:11-12, 20-21 | First name, last name, and town and state of residence of nonlitigant/possible class member to be redacted to protect the privacy of nonlitigant/possible class member. | **Granted** |
| 281:16 | First name of witness's spouse to be redacted to protect the privacy of nonlitigant. | **Granted** |
| 284:6, 15-17, 19-20 | Last names and generational suffixes of nonlitigants/possible class members to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |
| 294:15 | First, middle, and last name of nonlitigant/possible class member to be redacted to protect the privacy of nonlitigant/possible class member. | **Granted** |
| 295:24-296:1, 4, 6-7, 14, 22 | First, middle, and last name, full address, partial SSN, and possible bankruptcy docket number of nonlitigant/possible class member to be redacted to protect the privacy of nonlitigant/possible class member. | **Granted** |
| 297:10 | First, middle, and last name of nonlitigant/possible class member to be redacted to protect the privacy of nonlitigant/possible class member. | **Granted** |
| 298:3, 17 | First, middle, and last name and street address of nonlitigant/possible class member to be redacted to protect the privacy of nonlitigant/possible class member. | **Granted** |
| 299:2, 9, 14 | Address and partial SSN of nonlitigant/possible class member to be redacted to protect the privacy of nonlitigant/possible class member. | **Granted** |
| 300:3 | First, middle, and last name of nonlitigant/possible class member to be redacted to protect the privacy of nonlitigant/possible class member. | **Granted** |

| Page/Line of Proposed Redaction | Description and Analysis of Proposed Redaction | Ruling |
|---|---|---|
| 301:18 | Possible bankruptcy docket number of nonlitigant/possible class member to be redacted to protect the privacy of nonlitigant/possible class member. | **Granted** |
| 302:3 | First and last name of nonlitigant/possible class member to be redacted to protect the privacy of nonlitigant/possible class member. | **Granted** |

3. Doc. No. 47-11 – Plaintiff's Exhibit 16 to Motion for Class Certification

| Page(s) of Proposed Redaction | Description and Analysis of Proposed Redaction | Ruling |
|---|---|---|
| Bates-stamped pages BROOKS-TU00000179, 181, 183, and 185 | Plaintiff proposes to redact his SSN, date of birth, and account numbers appearing on these pages pursuant to Local Civil Rule 5.2.1(11)(b). | **Granted** |

4. Doc. No. 47-12 – Plaintiff's Exhibit 18 to Motion for Class Certification

| Page(s) of Proposed Redaction | Description and Analysis of Proposed Redaction | Ruling |
|---|---|---|
| Bates-stamped page BROOKS-TU00000177 | Plaintiff proposes to redact his SSN, date of birth, and account numbers appearing on these pages pursuant to Local Civil Rule 5.2.1(11)(b). | **Granted** |

5. Doc. No. 47-9 – Plaintiff's Exhibit 19 to Motion for Class Certification

| Page(s) of Proposed Redaction | Description and Analysis of Proposed Redaction | Ruling |
|---|---|---|
| Bates-stamped page BROOKS-TU00000275 | Plaintiff proposes to redact his SSN, date of birth, and account numbers appearing on these pages pursuant to Local Civil Rule 5.2.1(11)(b). | **Granted** |

6. Doc. No. 47-14 – Plaintiff's Exhibit 20 to Motion for Class Certification

| Page(s) of Proposed Redaction | Description and Analysis of Proposed Redaction | Ruling |
|---|---|---|
| Bates-stamped pages BROOKS-TU00000278-297 | Plaintiff proposes to redact his SSN, date of birth, and account numbers appearing on these pages pursuant to Local Civil Rule 5.2.1(11)(b).  Plaintiff further proposes to redact the Trans Union File Number appearing on these pages because it is a unique identifier of Plaintiff's information within Trans Union's database, in order to protect Plaintiff's privacy and to protect against the risk of identity theft. | **Granted** |

7. Doc. No. 47-15 – Plaintiff's Exhibit 21 to Motion for Class Certification

| Page(s) of Proposed Redaction | Description and Analysis of Proposed Redaction | Ruling |
|---|---|---|
| All pages. | Plaintiff proposes to redact his SSN, date of birth, and account numbers, and those of his spouse, appearing on these pages pursuant to Local Civil Rule 5.2.1(11)(b).  Plaintiff further proposes to redact the address and employment history appearing on Bates-stamped pages BROOKS0113-114 to protect Plaintiff's privacy and that of his non-litigant spouse, and to protect them both against the risk of identity theft. | **Granted** |

8. Doc. No. 47-16 – Plaintiff's Exhibit 22 to Motion for Class Certification

| Page(s) of Proposed Redaction | Description and Analysis of Proposed Redaction | Ruling |
|---|---|---|
| BROOKSTU463-87 (All pages). | Plaintiff's personal identifying information and "consumer report" information to be redacted to protect the privacy of Plaintiff. | **Granted** |

9. Doc. No. 47-20 – Plaintiff's Exhibit 26 to Motion for Class Certification

| Page/Line of Proposed Redaction | Description and Analysis of Proposed Redaction | Ruling |
|---|---|---|
| 132:7-8, 10-13, 17, 20-21 | First name, middle name, last name, partial SSN, possible bankruptcy docket number and filing date, and address of nonlitigant/possible class member to be redacted to protect the privacy of nonlitigant/possible class member. | **Granted** |
| 133:10-11, 13, 21-24 | First names, middle names, and last names of nonlitigants/possible class members to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |
| 134:6 | First name of nonlitigant/possible class member to be redacted to protect the privacy of nonlitigant/possible class member. | **Granted** |

10. Doc. No. 47-22 – Plaintiff's Exhibit 29 to Motion for Class Certification

| Pages of Proposed Redactions[2] | Columns for Proposed Redactions | Description and Analysis of Proposed Redactions | Ruling |
|---|---|---|---|
| Pages 6-31 of Exhibit A, pages 32-36 of Exhibit B, and pages 38-42 of Exhibit C | lastName, firstName, SSN, and DOB | The first and last names, social security numbers, and dates of birth of nonlitigants/possible class members to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |
| Pages 32-36 of Exhibit B, and pages 38-42 of Exhibit C | partyId | This column contains a unique number that identifies a single consumer's file within Trans Union's database of consumer credit information. This number to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |

---

[2] Each of the exhibits to the Declaration of Lauren KW Brennan is a chart with columns and cells containing the same type of data in the cells within each column. Because the description and analysis of the proposed redactions are the same for information contained in the cells within each column, the proposed redactions for each column are only described once.

11. Doc. No. 49-1 – Trans Union Exhibit A to Opposition to Class Certification

| Page(s) of Proposed Redaction | Description and Analysis of Proposed Redaction | Ruling |
|---|---|---|
| 11 | The redactions on this page protect Plaintiff's personal identifiers pursuant to Local Civil Rule 5.2.1(11)(b). | **Granted** |

12. Doc. No. 49-2 – Trans Union Exhibit B to Opposition to Class Certification

| Page(s) of Proposed Redaction | Description and Analysis of Proposed Redaction | Ruling |
|---|---|---|
| All pages | The redactions on this page protect Plaintiff's personal identifiers pursuant to Local Civil Rule 5.2.1(11)(b) as well as sensitive financial information which may put him at risk of identity theft. | **Granted** |

13. Doc. No. 52-2 – Trans Union Exhibit D to Opposition to Class Certification

| Pages of Proposed Redactions[3] | Columns for Proposed Redactions | line_no (if applicable) | Description and Analysis of Proposed Redactions | Ruling |
|---|---|---|---|---|
| Pages 1-18 of Exhibit A | party_id | | This column contains a unique number that identifies a single consumer's file within Trans Union's database of consumer credit information. The number in this column identifies the "File A" identified in the "File A (6/30/2022) column. This number to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |
| Pages 1-18 of Exhibit A | acct_id | | This column contains an account number to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |

---

[3] Exhibit A to Ms. Wodzinski's report is a chart with columns and cells containing the same type of data in the cells within each column. Because the description and analysis of the proposed redactions are the same for information contained in the cells within each column, the Parties provide the description and analysis of the proposed redactions for each column once.

| **Pages of Proposed Redactions**[3] | **Columns for Proposed Redactions** | **line_no (if applicable)** | **Description and Analysis of Proposed Redactions** | **Ruling** |
|---|---|---|---|---|
| Pages 1-18 of Exhibit A | File A (6/30/2022) |  | This column contains personal identifying information, including "consumer report" information, contained within a specific credit file within Trans Union's database of consumer credit information. The information in this column includes full names, full SSNs, birthdates, addresses, summary and detailed credit account information, unique identifiers, and bankruptcy docket information from the identified credit file. All of the information in this column to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |
| Pages 1-18 of Exhibit A | File B (6/30/2022)[4] |  | This column contains personal identifying information, including "consumer report" information, contained within a specific credit file within Trans Union's database of consumer credit information. The information in this column includes full names, full SSNs, birthdates, addresses, summary and detailed credit account information, unique identifiers, and bankruptcy docket information from the identified credit file. All of the information in this column to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |

---

[4] Certain cells in the columns "File B (6/30/2022)" and "File C (6/30/2022)" are shaded in grey. The majority of the shaded cells either contain no data, or state "could not find file w/ pubrec." The Parties do not propose redacting those shaded cells.

| **Pages of Proposed Redactions**[3] | **Columns for Proposed Redactions** | **line_no (if applicable)** | **Description and Analysis of Proposed Redactions** | **Ruling** |
|---|---|---|---|---|
| Pages 1-18 of Exhibit A | File C (6/30/2022) |  | This column contains personal identifying information, including "consumer report" information, contained within a specific credit file within Trans Union's database of consumer credit information. The information in this column includes full names, full SSNs, birthdates, addresses, summary and detailed credit account information, unique identifiers, and bankruptcy docket information from the identified credit file. All of the information in this column to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |
| Pages 1-18 of Exhibit A | PubRec Input from sub_inp_indctiv[5] | 2, 100, 200, 300, 800, 900, 1000, 1100, 1200, 1500, 2000, 2100, 2700, 2800, 3500, 3800, 4000, 4100, 4300, 4600, 4800 | This column analyzes the information in other columns of the exhibit, and includes additional personal identifying information gathered by Ms. Wodzinski to formulate her opinions. The information in this column includes full names, partial SSNs, addresses, and bankruptcy docket numbers of nonlitigants/possible class members. The information in the identified cells in this column to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |

---

[5] Certain cells in this column are either blank or do not contain personal identifying information. Accordingly, only the line numbers containing personal identifying information shall be redacted.

14. Doc. No. 52-3 – Trans Union Exhibit E to Opposition to Class Certification

| Pages of Proposed Redactions | Columns for Proposed Redactions (if applicable) | Description and Analysis of Proposed Redactions | Ruling |
|---|---|---|---|
| Pages 1-3 of Exhibit 1 | firstName<br><br>lastName<br><br>ADDITIONAL NAME(S) ON CREDIT REPORT<br><br>MATCHING NAME ON DOCKET | The first, middle, and last names of nonlitigants/possible class members to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |
| Pages 1-3 of Exhibit 1 | MATCHING ADDRESS FROM CREDIT REPORT<br><br>MATCHING ADDRESS OF STATE ON DOCKET | The addresses of nonlitigants/possible class members to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |
| Numbered pages in Exhibit 2 | | The pages of Exhibit 2 bearing BROOKS-TU-xxxxxxxx numbers are annotated excerpts of the consumer report information indicating what data Trans Union reported about the identified individual. Those pages to be redacted in their entirety to protect the privacy of nonlitigants/possible class members. | **Granted** |

| Pages of Proposed Redactions | Columns for Proposed Redactions (if applicable) | Description and Analysis of Proposed Redactions | Ruling |
|---|---|---|---|
| Non-numbered pages in Exhibit 2 | | The remaining pages of Exhibit 2 are screen shots of information from bankruptcy dockets, copies of filings from those proceedings, or PACER search results that identify the names, addresses, partial SSNs and other personal identifying information of nonlitigants/possible class members. Those pages to be redacted in their entirety to protect the privacy of nonlitigants/possible class members. | **Granted** |

15. Doc Nos. 52-4, 52-5, 52-6, 52-7 – Trans Union Exhibit F to Opposition to Class Certification

| Pages of Proposed Redactions | Columns for Proposed Redactions (if applicable) | Description and Analysis of Proposed Redactions | Ruling |
|---|---|---|---|
| Pages 1-15 | party_id | This column contains a unique number that identifies a single consumer's file within Trans Union's database of consumer credit information. The number in this column identifies the "File A" identified in the "File A (6/30/2022)" column. This number to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |

| **Pages of Proposed Redactions** | **Columns for Proposed Redactions (if applicable)** | **Description and Analysis of Proposed Redactions** | **Ruling** |
|---|---|---|---|
| Pages 1-15 | File A (6/30/2022) | This column contains personal identifying information, including "consumer report" information, contained within a specific credit file within Trans Union's database of consumer credit information. The information in this column includes full names, full SSNs, birthdates, addresses, summary and detailed credit account information, unique identifiers, and bankruptcy docket information from the identified credit file. All of the information in this column to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |
| Pages 1-15 | Bankruptcy Court Docket No. | This column contains the court and case number of a bankruptcy proceeding (or proceedings) possibly filed by a nonlitigant/possible class member. The information in this column to be redacted (when present) to protect the privacy of nonlitigants/possible class members. | **Granted** |
| Pages 1-15 | Bankruptcy Court Debtor Information | This column contains the names, addresses, and partial SSNs of the debtors who filed the bankruptcy proceeding identified in the "Bankruptcy Court Docket No." column. The information in this column (when present) to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |

| Pages of Proposed Redactions | Columns for Proposed Redactions (if applicable) | Description and Analysis of Proposed Redactions | Ruling |
|---|---|---|---|
| Pages 16-173 | | These pages are printouts of the docket sheets of the bankruptcy proceedings possibly filed by nonlitigants/possible class members. The information on all of these pages to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |

16. Doc. No. 58-3 – Plaintiff's Exhibit 33 to Reply Brief in Further Support of Class Certification

| Pages of Proposed Redactions | Columns for Proposed Redactions (if applicable) | Description and Analysis of Proposed Redactions | Ruling |
|---|---|---|---|
| Pages 1-3 | firstName, lastName, ADDITIONAL NAMES ON CREDIT REPORT, MATCHING ADDRESS FROM CREDIT REPORT, MATCHING NAME ON DOCKET, MATCHING ADDRESS OR STATE ON DOCKET, SSN ON CREDIT REPORT, LAST 4 SSN FROM DOCKET | Each of these columns contains personal identifiers of nonlitigants/possible class members. The information on all of these pages to be redacted to protect the privacy of nonlitigants/possible class members. | **Granted** |

- 14 -