IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM NORMAN BROOKS, III,** <br><br> Plaintiff, <br><br> *v.* <br><br> **TRANS UNION LLC,** <br><br> Defendant. | **CIVIL ACTION** <br><br><br> **NO. 22-48-KSM** |

# ORDER

**AND NOW**, this 1st day of August 2024, upon consideration of Plaintiff's Motion to Certify Class (Doc. No. 43) and all responses thereto, for the reasons set out in the accompanying Memorandum, it is **ORDERED** as follows:

1. Plaintiff's Motion to Certify Class (Doc. No. 43) is **GRANTED**.

2. Pursuant to Rule 23(a) and Rule 23(b)(3) of the Federal Rules of Civil Procedure, the action is certified as a Class Action, and the Class shall be defined as follows:

   All natural persons with an address in the United States and its Territories about whom Defendant sold a consumer report to a third party from January 6, 2020 to January 31, 2023 which included a bankruptcy remark on a tradeline, but with no reference to a bankruptcy record in the public record section of the same report, and for whom there is no government-held public record of a bankruptcy filing within ten (10) years prior to the date of the report.

3. Lead Plaintiff William Norman Brooks III is appointed as Class Representative; and

4. The law firm of Francis Mailman Soumilas, P.C., is appointed as Class Counsel.

**IT IS SO ORDERED.**

> */s/ Karen Spencer Marston*
> _____
> KAREN SPENCER MARSTON, J.