IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM NORMAN BROOKS, III,<br><br>    *Plaintiff,*<br><br>v.<br><br>TRANS UNION, LLC,<br><br>    *Defendant.* | Civil Matter No. 2:22-cv-00048-KSM |

**JOINT MOTION TO APPROVE FORM OF NOTICE**

Plaintiff William Norman Brooks, III ("Plaintiff") and Defendant Trans Union LLC ("Trans Union") (together, the "Parties"), pursuant to the Court's September 5, 2024 Order (ECF124), hereby submit this Joint Motion to Approve Form of Notice.

Pursuant to the Court's September 5, 2024 Order, Plaintiff provided a proposed form of Class Notice, and Trans Union provided its response. The Parties were able to reach an agreed form of Class Notice, which is attached hereto as Exhibit A. Yellow-highlighted portions of the Class Notice shall be completed with appropriate dates and information at the time notice is sent to the Class consistent with this Court's Orders.

WHEREFORE, the Parties jointly and respectfully request that the Court approve the attached proposed form of Class Notice.

Date: January 23, 2025

*/s/ James A. Francis*
James A. Francis
Lauren KW Brennan
**FRANCIS MAILMAN SOUMILAS, P.C.**
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: 215.735.8600
F: 215.940.8000

Respectfully submitted,

*/s/ Michael O'Neil*
Michael O'Neil (*Pro Hac Vice*)
Albert E. Hartmann (*Pro Hac Vice*)
Kristen A. DeGrande (*Pro Hac Vice*)
**REED SMITH LLP**
10 South Wacker Drive, 40th Floor
Chicago, IL 60606
T: 312-207-1000

| | |
|---|---|
| E: jfrancis@consumerlawfirm.com<br>E: lbrennan@consumerlawfirm.com<br><br>Tammy Hussin<br>**HUSSIN LAW FIRM**<br>1596 N. Coast Hwy 101<br>Encinitas, CA 92024<br>Tel. 877.677.5397<br>Fax 877.667.1547<br>Tammy@HussinLaw.com<br><br>*Attorneys for Plaintiff* | E: michael.oneil@reedsmith.com<br>E: ahartmann@reedsmith.com<br>E: kdegrande@reedsmith.com<br><br>Joshua M. Peles<br>**REED SMITH LLP**<br>Three Logan Square<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103<br>T: 215-851-8100<br>E: jpeles@reedsmith.com<br><br>*Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on January 23, 2025, a true and correct copy of the foregoing was filed electronically and is available for viewing and downloading from the Court's ECF system.  I further certify that all counsel of record will receive electronic service through the ECF system.

<u>*/s/ Lauren KW Brennan*</u>