**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WILLIAM NORMAN BROOKS, III**<br><br>    Plaintiff<br><br>    *v.*<br><br>**TRANS UNION LLC**<br><br>    Defendant | **CIVIL ACTION**<br><br><br>**NO. 22-48-KSM** |

## ORDER

**AND NOW**, this 3rd day of February 2025, upon consideration of the parties' joint motion to approve form of notice (Doc. No. 125), it is **ORDERED** that the motion is **GRANTED**, and the form of notice is **APPROVED**. Per this Court's Scheduling Order, the class notice shall be mailed no later than **April 21, 2025**. (*See* Doc. No. 124 at 1.)

**IT IS SO ORDERED.**

                                              */s/ Karen Spencer Marston*
                                              KAREN SPENCER MARSTON, J.