# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM NORMAN BROOKS, III,**<br><br>　　Plaintiff,<br><br>　　*v.*<br><br>**TRANS UNION LLC,**<br><br>　　Defendant. | **CIVIL ACTION**<br><br><br>**NO. 22-0048-KSM** |

## ORDER

**AND NOW**, this 29th day of October 2025, upon consideration of Trans Union LLC's Motion to Seal Portions of Trans Union's Memorandum in Support of its Motion for Class Decertification and Portions of Certain of its Exhibits (Doc. No. 140) and Plaintiff's Motion to Seal Portions of His Response in Opposition to Defendant's Motion for Decertification and Exhibits 6 and 8 Thereto (Doc. No. 146), it is **ORDERED** that the motions are **GRANTED**.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Karen Spencer Marston*
　　　　　　　　　　　　　　　　　　　　　　　　　　KAREN SPENCER MARSTON, J.