IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM NORMAN BROOKS, III,**<br><br>      Plaintiff,<br><br>      *v.*<br><br>**TRANS UNION LLC,**<br><br>      Defendant. | **CIVIL ACTION**<br><br><br>**NO. 22-0048-KSM** |

## ORDER

**AND NOW**, this 2nd day of December, 2025, upon consideration of Trans Union LLC's Motion for Class Decertification (Doc. No. 139) and Plaintiff's Motion to Strike Untimely Expert Reports (Doc. No. 147), and all responses thereto, for the reasons set out in the accompanying Memorandum, it is **ORDERED** as follows:

1. The Motion to Strike (Doc. No. 147) is **GRANTED IN PART** and **DENIED IN PART** as outlined in the accompanying Memorandum and as follows:

    a. Plaintiff may file a sur-rebuttal expert report within forty-five days of this Order.

    b. Trans Union may file a sur-sur-rebuttal report within twenty-five days of receipt of Plaintiff's sur-rebuttal expert report.

2. The Motion for Decertification (Doc. No. 139) is **DENIED**.

**IT IS SO ORDERED.**

                                                                            */s/ Karen Spencer Marston*
                                                                            KAREN SPENCER MARSTON, J.